**Phillips & Cohen Associates, Ltd.**

PO Box 5790
Hauppauge, NY 11788-0164

RETURN SERVICE REQUESTED

Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

March 15, 2011

Tracy Wolf

IL

Phillips & Cohen Associates, Ltd.
Mail Stop: 2908
1002 Justison Street
Wilmington, DE 19801-5148

| ☐ VISA | ☐ MasterCard | ☐ Discover | CHECK CARD USING FOR PAYMENT |
|---|---|---|---|
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | | | EXP. DATE / |
| CARDHOLDER NAME | | | AMOUNT $ |
| CARDHOLDER SIGNATURE | | | |

Reference #:
Balance: $1,346.87

***PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT***

Re: Client:          Equable Ascent Financial~ LLC.
    Original Creditor: Chase Bank USA~ N.A (Wamu)
    Orig. Acct#:     **********
    Reference#:
    Balance:         $1,346.87

Dear Tracy Wolf:

Your account has been referred to our office for collection on behalf of our above referenced client. To resolve this matter and prevent any further collection activity, full payment should be sent to this office at the address above.

IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT! YOU MAY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.

** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 800-868-555


EXHIBIT C